# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **RAUDEL AMADOR BARRIOS,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TODD LYONS, IN HIS CAPACITY AS** | § | |
| **ACTING DIRECTOR,** | § | |
| **IMMIGRATION AND CUSTOMS** | § | No.  3:26-CV-00383-LS |
| **ENFORCEMENT, KRISTI NOEM,** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | |
| **HOMELAND SECURITY; PAMELA** | § | |
| **BONDI, U.S. ATTORNEY GENERAL,** | § | |
| **EXECUTIVE OFFICE FOR** | § | |
| **IMMIGRATION REVIEW, WARDEN,** | § | |
| **OF EL PASO PROCESSING CENTER,** | § | |
| **EL PASO, TEXAS,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 18, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 4.